# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

Scarsda[...]
e-m[...]
F[...]
Tele[...]

> Application granted. Appellees shall file their opposition brief by August 30, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           August 17, 2021

**VIA ECF AND EMAIL**

Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

<u>*RE: Mosdos Chofetz Chaim Inc., et. al. v. Mosdos Chofetz Chaim Inc., et. al. (21-2872 and 2878)*</u>

Dear Judge Halpern:

The undersigned is counsel to certain of the defendants/appellees in the above-referenced appeal. This letter application is submitted on consent of Appellants' counsel. Due to my other litigation commitments, I respectfully request a consent extension in Appellees' time to file its responsive Brief, through and including August 30, 2021. If the Court permits reply briefs on bankruptcy appeals, Appellees consent to any request to do so by Appellants.

                Respectfully,

              s/ *Michael Levine*

              MICHAEL LEVINE

cc. Julie Pechersky Plitt, Esq. (via email)